# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

In re: Ann Patricia Magee

_____

| | | |
|---|---|---|
| Ann Patricia Magee, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 12-1589-GMS |
| | : | |
| Hong Hou, | : | Bankruptcy Case No. 12-12595 CSS |
| | : | |
| Appellee. | : | AP No. 12-60 |

## **RECOMMENDATION**

At Wilmington this **6th** day of **December, 2012**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on December 6, 2012 for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage does not appear to be a productive exercise, a worthwhile use of judicial resources or warranting the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.

Local counsel are obligated to inform out-of-state counsel of this Order.

<u>/s/ Mary Pat Thynge</u>
UNITED STATES MAGISTRATE JUDGE