IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                              :

ANN PATRICIA MAGEE,                 :

            Debtor.               :
_____          Civil Action No. 12-1589 GMS
                                         Bankruptcy Case No. 12-12595 CSS
ANN PATRICIA MAGEE,                 :
                                         AP No. 12-60
           Plaintiff,            :

        v.                  :

HONG HOU,                           :

           Defendant.            :

<u>ORDER</u>

At Wilmington this _____ 2nd _____ day of January, 2013, having received a recommendation

from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral

for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit

a proposed briefing schedule to the court no later than **January 18, 2013.**

_____
CHIEF, UNITED STATES DISTRICT JUDGE