IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: :

ANN PATRICIA MAGEE, :

          Debtor. :
                                          Civil Action No. 12-1589 GMS
                                          Bankruptcy Case No. 12-12595 CSS

ANN PATRICIA MAGEE, :
                                          AP No. 12-60
          Plaintiff, :

       v. :

HONG HOU, :

          Defendant. :

## ORDER

At Wilmington this \_\_2nd\_\_ day of January, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **January 18, 2013.**

                                                              CHIEF, UNITED STATES DISTRICT JUDGE